UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORTEMANCHE, | No. 2:12-cv-2788 AC P |
| Plaintiff, | |
| v. | ORDER |
| B. MERRIWEATHER, et al., | |
| Defendants. | |

On April 3, 2014, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. ECF No. 18. Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." By Order, ECF No. 11, filed on June 27, 2013, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc), cert. denied, 527 U.S. 1035 (1999); Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988). In addition, defendants provided the concurrent Rand notice, ECF No. 18-4, required by Woods v. Carey, 684 F.3d 934 (9th Cir. 2012), setting forth the requirements to oppose a motion for summary judgment.

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

1

1  imposition of any and all sanctions authorized by statute or Rule or within the inherent power of
2  the Court." In the order filed June 27, 2013, plaintiff was advised that failure to comply with the
3  Local Rules may result in a recommendation that the action be dismissed. The Ninth Circuit has
4  recently held that a district court is prohibited from granting a summary judgment motion solely
5  based on a failure to oppose the motion notwithstanding any local rule suggesting otherwise.
6  Heinemann v. Satterberg, 731 F. 3d 914, 916 (9th Cir. 2013). Nevertheless, a "failure to respond
7  to a fact asserted in the motion permits a court to 'consider the fact undisputed for purposes of the
8  motion.'" Id. at 917 (quoting Fed. R. Civ. P. 56(e)(2)).

9   Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of
10 this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment.
11 Failure to file an opposition, properly addressing defendants' assertions of fact, will result in the
12 facts asserted by the motion to be considered by the court as undisputed for purposes of
13 adjudicating the motion.

14 DATED: May 13, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE