UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORTEMANCHE, | No. 2:12-cv-2788 AC P |
| Plaintiff, | |
| v. | ORDER |
| B. MERRIWEATHER, et al., | |
| Defendants. | |

    On April 3, 2014 defendants filed a motion for summary judgment. ECF No. 18. When plaintiff initially failed to respond to the motion after more than thirty days, the court allowed an additional thirty days and cautioned the plaintiff that failure to oppose the motion may be deemed a waiver of opposition to the motion and would result in defendants' asserted facts being deemed undisputed for purposes of resolving the motion. ECF No. 21. On June 5, 2014, plaintiff requested a thirty-day extension of time, ECF No. 22, which the court granted by order dated June 13, 2014, ECF No. 23. Six months have passed and plaintiff has not filed an opposition. Nevertheless, the court now grants plaintiff one final opportunity to oppose defendants' motion for summary judgment.

    Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary

1

1 judgment or a statement of non-opposition.[1]  Failure to comply with this order will result in the
2 dismissal without prejudice of this action for failure to prosecute pursuant to Federal Rule of Civil
3 Procedure 41(b).
4 DATED: January 23, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The requirements to oppose a motion for summary judgment are set forth in the court's June 27, 2013 order (ECF No. 11 at 4-5) as well as the <u>Rand</u> notice provided by defendants (ECF No. 18-4).